■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK CRISLER, JR., Appellant. (Appeal No. 2.) [755 NYS2d 686] —Appeal from an order of Monroe County Court (Sirkin, J.), entered October 18, 1996, which denied the motion of defendant pursuant to CPL 440.10 to vacate his judgment of conviction.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Crisler* (303 AD2d 948 [2003]). Present—Pigott, Jr., P.J., Wisner, Scudder, Burns and Gorski, JJ.